HENRY J. HAYNE, Appellant, *v.* THOMAS SEALY, Respondent.

*Hayne* v. *Sealy*, 35 App. Div. 633, affirmed.
(Argued October 4, 1901: decided October 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 14, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*John A. Taylor* and *Andrew J. Perry* for appellant.

*Mark M. Schlesinger* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

GEORGE W. McGILL, Respondent, *v.* HOLMES, BOOTH & HAYDENS, Appellant.

SAME, Respondent, *v.* SAME, Appellant.

*McGill* v. *Holmes, Booth & Haydens*, 48 App. Div. 628; 54 App. Div. 630, affirmed.
(Argued October 7, 1901; decided October 22, 1901.)

APPEALS from four judgments of the Appellate Division of the Supreme Court in the first judicial department, one of which was entered March 6, 1900, and three October 26, 1900, affirming judgments in favor of plaintiff entered upon reports of a referee.

*John E. Parsons* and *Henry W. Hayden* for appellant.

*Henry G. Atwater* for respondent.

Judgments affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, MARTIN, VANN, CULLEN and WERNER, JJ. Taking no part: BARTLETT, J.